UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| BRANDON S. MURPHY,<br><br>        Plaintiff,<br><br>        v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of the Social<br>Security Administration,<br><br>        Defendant. | Case No. EDCV 07-01441 AJW<br><br>J U D G M E N T |

**IT IS ADJUDGED** that the decision of the defendant is reversed, and the case is remanded for further administrative proceedings consistent with the Memorandum of Decision filed concurrently herewith.

DATED: August 26, 2008

_____
ANDREW J. WISTRICH
United States Magistrate Judge